B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**100 M Holding Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1731073** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1201 Brickell Avenue**<br>**Suite 210**<br>**Miami, FL**       ZIP Code **33131** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                     THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) | Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **100 M Holding Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attached List of Related Debtors** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **100 M Holding Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Paul J. Battista**
Signature of Attorney for Debtor(s)

**Paul J. Battista 884162**
Printed Name of Attorney for Debtor(s)

**Genovese Joblove & Battista, P.A.**
Firm Name

**100 SE 2nd Street**
**44th Floor**
**Miami, FL 33131**

Address

**305-349-2300  Fax: 305-349-2310**
Telephone Number

**March 4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Francisco J. Cernuda**
Signature of Authorized Individual

**Francisco J. Cernuda**
Printed Name of Authorized Individual

**Authorized Representative**
Title of Authorized Individual

**March 4, 2015**
Date

# SCHEDULE OF RELATED DEBTORS

1.      100 M Holding Inc., a Delaware corporation

2.      100 M Franchise LLC, a Delaware limited liability company

3.      100 M Operator LLC, a Delaware limited liability company

4.      100M Pinecrest LLC, a Florida limited liability company

5.      100M West Kendall LLC, a Florida limited liability company

6.      100M Waterford LLC, a Florida limited liability company

7.      100 M Lincoln LLC, a Florida limited liability company

8.      100M Midtown LLC, a Florida limited liability company

9.      100M Weston LLC, a Florida limited liability company

10.     100M Sunset LLC, a Florida limited liability company

11.     100M Arlington LLC, a Virginia limited liability company

12.     100M Plantation LLC, a Florida limited liability company

13.     100M Pembroke LLC, a Florida limited liability company

14.     100M Kendall LLC, a Florida limited liability company

## 100M HOLDING INC.

### UNANIMOUS WRITTEN CONSENT
### AUTHORIZING THE FILING OF CHAPTER 11 BANKRUPTCY
### PROCEEDINGS IN LIEU OF A MEETING AND RELATED MATTERS

The undersigned manager and sole member of 100M Holding Inc. (the "Company") does hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and does hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following Resolutions and taking of the following actions, in lieu of a meeting of the Company:

**BE IT RESOLVED** that the undersigned, hereby adopt these Resolutions, notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, hereby directs that these Resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these Resolutions.

**BE IT FURTHER RESOLVED** that the undersigned, on behalf of the Company authorizes and empowers Francisco Javier Cernuda (an "Authorized Party"), to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida on behalf of the Company, which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Authorized Party is hereby authorized and directed, in the name of the Company and on its behalf, to take any and all action necessary to

comply with the duties and obligations of the Company under and related to the Bankruptcy Code,, including to seek such relief and orders from the Bankruptcy Court as he may deem necessary or advisable during the pendency of the Chapter 11 Proceedings as being in the best interests of the Company, including without limitation, orders regarding the operation of the business and the financing thereof, and

**BE IT FURTHER RESOLVED** that the Authorized Party is hereby authorized and directed, in the name of the Company and on its behalf , including to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Party may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Company, through its Authorized Party, is: (i) authorized to retain on behalf of the Company the law firm of Genovese Joblove & Battista, P.A. as its general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Company such other professionals that the Authorized Party deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Party of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such Party may

deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**BE IT FURTHER RESOLVED** that the foregoing Resolutions shall be effective as of the 4th day of March, 2015.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal for the purposes herein expressed.

_____
Francisco J. Cernuda, Sole Director

100M Montaditos Internacional, S.L. Sole Shareholder

By: _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **100 M Holding Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **100 M Bethesda Row, LLC**<br>**4922 Elm Street**<br>**Bethesda, MD 20814** | **100 M Bethesda Row, LLC**<br>**4922 Elm Street**<br>**Bethesda, MD 20814** | **Franchisee** | **Contingent**<br>**Unliquidated** | **Unknown** |
| **DDR Miami Avenue, LLC**<br>**DDR Corp, Attn:  General Counsel**<br>**3300 Enterprise Pkwy**<br>**Beachwood, OH 44122** | **DDR Miami Avenue, LLC**<br>**DDR Corp, Attn:  General Counsel**<br>**3300 Enterprise Pkwy**<br>**Beachwood, OH 44122** | **Landlord** | **Contingent**<br>**Unliquidated**<br>**Subject to**<br>**Setoff** | **Unknown** |
| **HRG Inc.**<br>**12610 E Mirabeau Pkwy**<br>**Ste 800**<br>**CA 92216** | **HRG Inc.**<br>**12610 E Mirabeau Pkwy**<br>**Ste 800**<br>**CA 92216** | **Franchisee/Seller** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to**<br>**Setoff** | **Unknown** |
| **Pembroke Lakes Sq., LLC**<br>**c/o Retail Property Group, Inc.**<br>**Att:  Lease Administration**<br>**101 Plaza Real S, Ste 200**<br>**Boca Raton, FL 33432** | **Pembroke Lakes Sq., LLC**<br>**c/o Retail Property Group, Inc.**<br>**Att:  Lease Administration**<br>**Boca Raton, FL 33432** | | **Contingent**<br>**Unliquidated**<br>**Subject to**<br>**Setoff** | **Unknown** |
| **Street Retail, Inc.**<br>**c/o Federal Realty**<br>**#400-3031**<br>**POB 8500-9320**<br>**Philadelphia, PA 19178-9320** | **Street Retail, Inc.**<br>**c/o Federal Realty**<br>**#400-3031**<br>**Philadelphia, PA 19178-9320** | **Landlord** | **Contingent**<br>**Unliquidated**<br>**Subject to**<br>**Setoff** | **Unknown** |
| **Suniland Associates LTD**<br>**c/o Terranova Corporation**<br>**Attn:  Legal Department**<br>**801 Arthour Godfrey Rd Ste 600**<br>**Miami Beach, FL 33140** | **Suniland Associates LTD**<br>**c/o Terranova Corporation**<br>**Attn:  Legal Department**<br>**Miami Beach, FL 33140** | **Landlord** | **Contingent**<br>**Unliquidated**<br>**Subject to**<br>**Setoff** | **Unknown** |
| **Waterford Lakes Towncenter**<br>**413 N Alafaya Tr**<br>**Orlando, FL 32828** | **Waterford Lakes Towncenter**<br>**413 N Alafaya Tr**<br>**Orlando, FL 32828** | **Landlord** | **Contingent**<br>**Unliquidated**<br>**Subject to**<br>**Setoff** | **Unknown** |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **100 M Holding Inc.**                                                    Case No. _____
_____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 4, 2015**_____          Signature   **/s/ Francisco J. Cernuda**_____
                                                                                          **Francisco J. Cernuda**
                                                                                          **Authorized Representative**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **100 M Holding Inc.**                              ,      Case No. _____

                                                      Debtor               Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **100M Montaditos Internacional, S.L.**<br>**Avenida de europa 19**<br>**edif 2, 3ªplanta**<br>**Pozuelo de alarcon 28224**<br>**Madrid SPAIN** | | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **March 4, 2015** _____        Signature _**/s/ Francisco J. Cernuda**_____

                                                             **Francisco J. Cernuda**<br>                                                             **Authorized Representative**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>0</u>___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Southern District of Florida

In re   **100 M Holding Inc.**                          Case No.

                                      Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 4, 2015**                   **/s/ Francisco J. Cernuda**

                                        **Francisco J. Cernuda**/**Authorized Representative**
                                        Signer/Title

Date:   **March 4, 2015**                   **/s/ Paul J. Battista**

                                        Signature of Attorney
                                        **Paul J. Battista 884162**
                                        **Genovese Joblove & Battista, P.A.**
                                        **100 SE 2nd Street**
                                        **44th Floor**
                                        **Miami, FL 33131**
                                        **305-349-2300   Fax: 305-349-2310**

.

100 M Bethesda Row, LLC
4922 Elm Street
Bethesda, MD 20814


100 M Franchise
1201 Brickell Avenue #210
Miami, FL 33131


DDR Miami Avenue, LLC
DDR Corp, Attn: General Counsel
3300 Enterprise Pkwy
Beachwood, OH 44122


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100


Florida Division of Alcoholic Beverages
1940 North Monroe St
Tallahassee, FL 32399


Hirzel & Dreyfuss, P.A.
333 SE 2 Ave
Ste 2000
Miami, FL 33131


HRG Inc.
12610 E Mirabeau Pkwy
Ste 800
CA 92216


HRG, Inc.
c/o Hirzel & Dreyfuss, Esq.
333 SE 2 Ave Ste 2000
Miami, FL 33132


Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Special Proedures- Field Insolvency
7850 SW 6th Court
Plantation, FL 33324

Miami-Dade County Tax Collector
140 West Flagler Street
Room 101
Miami, FL 33130


Pembroke Lake Square
11017 Pines Blvd
Hollywood, FL 33026


Pembroke Lake Square, LLC
11017 Pines Blvd
Hollywood, FL 33026


Pembroke Lakes Sq., LLC
c/o Retail Property Group, Inc.
Att: Lease Administration
101 Plaza Real S, Ste 200
Boca Raton, FL 33432


Pembroke Lases Sq., LLC
c/o Retail Property Group, Inc.
Att: Lease Administration
101 Plaza Real S, Ste 200
Boca Raton, FL 33432


Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232


Street Retail, Inc.
c/o Federal Realty
#400-3031
POB 8500-9320
Philadelphia, PA 19178-9320


Street Retail, Inc.
c/o Federal Realty Investment Trust
At: Legal Department
1626 East Jefferson St
Rockville, MD 20852-4041


Suniland Associates LTD
c/o Terranova Corporation
Attn: Legal Department
801 Arthour Godfrey Rd Ste 600
Miami Beach, FL 33140

The Honorable Eric H. Holden, Jr.
Attorney General of the US
950 Pennsylvania Ave, NW
Room 4400
Washington, DC 20530-0001


Waterford Lakes Town Center, LLC
225 W Washington St
Indianapolis, IN 46204


Waterford Lakes Towncenter
413 N Alafaya Tr
Orlando, FL 32828