UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**

          Chapter 11

100 M HOLDING INC.,       Case No. 15-14087-BKC-RAM

     **Debtor.**
_____/

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 100 M Holding Inc. (the "Debtor") in the above captioned action, certifies that the following is a (are) corporations(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s) equity interests, or states that there are no entities to report under FRBP 7007.1:

| | |
|---|---|
| 100M MONTADITOS INTERNACIONAL, S.L. | 100% of Debtor |
| RESTALIA GRUPO DE EURORESTAURACION, S.L. | 100% of 100M MONTADITOS INTERNACIONAL, S.L. |
| EURORESTALIA HOLDINGS, S.L. | 72.95% of RESTALIA GRUPO DE EURORESTAURACION, S.L. |
| MARK LICENCY INTERNACIONAL, S.L. | 27.05% of RESTALIA GRUPO DE EURORESTAURACION, S.L. |

Dated: March 4, 2015.       Respectfully Submitted,

                                GENOVESE JOBLOVE & BATTISTA, P.A.
                                *Proposed Attorneys for Debtors-in-Possession*
                                100 Southeast Second Street, Suite 4400
                                Miami, Florida 33131
                                Telephone: (305) 349-2300
                                Facsimile : (305) 349-2310

                            By:    /s/*Paul J. Battista*
                                    Paul J. Battista, Esq.
                                    Florida Bar No. 884162
                                    pbattista@gjb-law.com
                                    Mariaelena Gayo-Guitian, Esq.
                                    Fla. Bar No. 0813818
                                    mguitian@gjb-law.com