## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

**In re:**                                                                                  **Chapter 11**

100 M HOLDING INC,                                               Case No.  15-14087-BKC-RAM


        **Debtor.**
_____/

### *EX-PARTE* MOTION BY CHAPTER 11
### DEBTOR TO TRANSFER BANKRUPTCY CASES

100 M HOLDING INC, (the "Debtor"), by and through counsel, and pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1(B), hereby file this *Ex-Parte* Motion By Chapter 11 Debtor to Transfer Bankruptcy Case (the "Motion") for entry of an order authorizing the transfer of the Debtors' related Chapter 11 Cases to the Honorable Judge A. Jay Cristol.  In support of this Motion, the Debtor respectfully represent as follows:

### Jurisdiction and Background

1.     The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     On March 4, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq* (the "Code").

3. Also on the Petition Date, affiliated entities of the Debtor each filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq,.* as referenced below.

4. 100 M HOLDING INC. is the parent company for 100 M OPERATOR LLC, 100 M FRANCHISE LLC, 100M WATERFORD LLC , 100M PEMBROKE LLC,  100M WESTON LLC, 100M SUNSET LLC,  100M PLANTATION LLC, 100M PINECREST LLC, 100M MIDTOWN LLC, 100M KENDALL LLC, 100M ARLINGTON LLC, 100M WEST KENDALL LLC and 100M LINCOLN LLC.  As such, the Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).

5. 100 M HOLDING, INC., and its affiliates operate and franchise modern fast-casual restaurants ("the 100 Montaditos Restaurants") in the United States, including Florida (Orlando and Miami) New York, Washington, D.C. and Arlington, Virginia.

6. The first bankruptcy filed by the affiliates of the Debtor was *100 M Waterford, LLC; Case No. 15-14066-BKC-AJC* (the "Lead Case")*,* which case was assigned to Judge A. Jay Cristol.  The thirteen (13) additional cases were given the following Judge assignments:

**Judge A. Jay Cristol**

| | |
|---|---|
| 100M SUNSET LLC, | Case No.  15-14070-BKC-AJC |
| 100M PINECREST LLC, | Case No. 15-14074-BKC-AJC |
| 100M KENDALL LLC, | Case No.  15-14077-BKC-AJC |
| 100M LINCOLN LLC, | Case No.  15-14080-BKC-AJC |
| 100 M OPERATOR LLC, | Case No. 15-14083-BKC-AJC |

(collectively, the "Judge Cristol Cases")

**Judge Robert A. Mark**

| | |
|---|---|
| 100M PEMBROKE LLC, | Case No. 15-14067-BKC-RAM |
| 100M WESTON LLC, | Case No. 15-14069-BKC-RAM |
| 100M WEST KENDALL LLC, | Case No. 15-14079-BKC-RAM |
| 100 M FRANCHISE LLC, | Case No. 15-14086-BKC-RAM |
| 100 M HOLDING INC, | Case No. 15-14087-BKC-RAM |

(collectively, the "Judge Mark Cases")

**Judge Laurel M. Isicoff**

| | |
|---|---|
| 100M PLANTATION LLC, | Case No. 15-14072-BKC-LMI |
| 100M MIDTOWN LLC, | Case No. 15-14075-BKC-LMI |
| 100M ARLINGTON LLC, | Case No. 15-14078-BKC-LMI |

(collectively, the "Judge Isicoff Cases")

7. Given the affiliation of the above Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, this Debtor requests that this case assigned to Judge Mark be transferred to Judge A. Jay Cristol so that the same can be jointly administered with the other affiliated Debtors.

8. The transfer of this Chapter 11 case is warranted because: (i) the Debtors are "affiliates" within the meaning of section 101(2) of the Code; (ii) administration of the cases will be organized and expedited and (ii) judicial resources will be preserved.

9. For these reasons, the Debtor respectfully request that the Bankruptcy Court enter an order transferring this case to Judge A. Jay Cristol as the Lead Case was assigned to Judge A. Jay Cristol.

10. A proposed Order granting this Motion is attached hereto and has been uploaded to the Court in each of the Debtors' cases via CM/ECF.

11. Upon entry of the Order authorizing and directing the transfer of the case to Judge A. Jay Cristol the Debtor, along with the other affiliated Debtors will be filing an *Ex-Parte Motion by Chapter 11 Debtors for Joint Administration of Cases.*

**WHEREFORE**, the Chapter 11 Debtor, 100 M HOLDING INC, respectfully request the entry of an Order (i) transferring this case to Judge A. Jay Cristol; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: March 5, 2015.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Proposed Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:   /s/ *Mariaelena Gayo-Guitian*
       Paul J. Battista, Esq.
       Florida Bar No. 884162
       pbattista@gjb-law.com
       Mariaelena Gayo-Guitian, Esq.
       Fla. Bar No.  0813818
       mguitian@gjb-law.com